**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ROCKY A. LEEPER,

      **Plaintiff,**

vs.                                                   No. CIV-12-0028 LH/SMV

CITY OF TRUTH OR CONSEQUENCES,
KEVIN MARONE, and
JOHN DOES,

      **Defendants.**

<u>**ORDER ADOPTING JOINT STATUS REPORT**</u>
<u>**AND PROVISIONAL DISCOVERY PLAN**</u>

THIS MATTER came before the Court on a Rule 16 scheduling conference.  Following a

review of the parties' Joint Status Report and Provisional Discovery Plan filed February 13, 2012

[Doc. 8], the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by

the dates designated in the Court's Scheduling Order filed March 1, 2012 [Doc. 18].


_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**